Alison M. Clark, OSB No. 080579
333 SW Taylor St. Suite 300
Portland, OR  97204
Tel: (503) 888-8076
Email: tex@defenderclark.com
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>ELIZABETH LESLIE,<br><br>      Defendant. | Case No. 3:26-cr-02-SB<br><br>DEFENDANT'S SENTENCING MEMORANDUM |

Ms. Leslie, through counsel, Alison M. Clark, submits this Memorandum for the Court's review and consideration in determining a reasonable sentence that is "sufficient, but not greater than necessary," as required by 18 U.S.C. § 3553(a). A plea and sentencing hearing is currently scheduled for February 11, 2026.

Ms. Leslie requests that this Court accept her misdemeanor plea to an information alleging violation of 18 U.S.C. § 111(a) and proceed immediately to sentencing. Ms. Leslie has no criminal history other than the instant arrest. In consideration of 18 U.S.C. § 3553(a), Ms. Leslie agrees with the reasonableness of one year of probation without any travel restrictions other than her exclusion from the area around the ICE building. A person who has been sentenced to probation under 18 U.S.C. § 3601 should be supervised by a

probation officer only "to the degree warranted by the conditions specified by the sentencing court."

    Respectfully submitted on February 10, 2026.

                                                /s/ Alison M. Clark
                                              Alison M. Clark
                                              Attorney At Law
                                              333 SW Taylor St. #300
                                              Portland, Oregon 97204
                                              (503) 888-8076